# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Corbit, Frederick P. | 2. Court or Organization<br><br>Bankruptcy Court - WA | 3. Date of Report<br><br>4/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>PO Box 2164<br>Spokane, WA 99210-2164 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 4/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Great Northern School District - Salary |
| 2. 2017 | Orchard Prarie School District - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 2/28-3/3/17 | Seattle, WA | Chief Bankruptcy Judges, Clerks, Lawyers Rep Practitioners Conference | Meals and Seminar Fees |
| 2. | Federal Judicial Center | 3/12-3/15/17 | Charleston, SC | National Bankruptcy Judges Workshop | Airfare and Lodging |
| 3. | Oregon Bar Association | 4/7-4/8/17 | Vancouver, WA | Bankruptcy Bar Seminar | Mileage, Lodging and Meals |
| 4. | Bankruptcy Bar Association for Eastern District of WA | 6/15-6/17/27 | Winthrop, WA | Bankruptcy Bar seminar | Mileage, Lodging and Meals |
| 5. | Montana Bar Association | 8/17-8/18/17 | Helena, MT | MT Bar Association Bankruptcy Section CLE | Mileage, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 4/30/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Washington State Bar Association | 10/9-10/10/17 | Seattle, WA | Access to Justice Board Meeting | Airfare, Lodging, Meals |
| 7. | Washington State Bar Association | 12/14 - 12/15/17 | Seattle, WA | Access to Justice Board Meeting | Airfare, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 4/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual* | Loan from whole life insurance policy | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 4/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BROKERAGE ACCOUNT (H) | | | | | | | | | |
| 2. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 3. Cashmere Valley Bank Wash New (CSHX) | D | Dividend | O | T | | | | | |
| 4. Calamos Invt Tru New Market Neutral Income (CMNIX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | A | |
| 5. Invesco Dividend Income Fund Class Y (IAUYX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | A | |
| 6. Federated Strategic Value Dividend Fund Institutional Shares (SVAIX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | A | |
| 7. Goldman Sachs Global Income Fund Institutional (GSGLX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | | |
| 8. Pioneer Multi-Asset Ultrashort Income Fund Class Y (MYFRX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | A | |
| 9. Vanguard Intermediate-Term Bond Index Fund Admiral Shares (VBILX) | A | Dividend | | | Sold | 03/07/17 | J | | |
| 10. Wells Fargo Diversified Capital Builder Fund - Class Inst. (EKBYX) | A | Dividend | J | T | Sold (part) | 01/13/17 | J | A | |
| 11. | | | | | Sold (part) | 03/07/17 | J | A | |
| 12. AB Large Cap Growth Fund Adv. (APGYX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 13. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 14. AB High income Fund (AGDAX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 15. John Hancock Int'l Growth Fund Class I (GOGIX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 16. | | | | | Sold (part) | 04/13/17 | J | A | |
| 17. | | | | | Sold (part) | 07/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 4/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/13/17 | J | A | |
| 19. Ivy Emerging Markets Equity Fund (IPOIX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 20. Mainstay Convertible Fund Class I (MCNVX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 21. PIMCO Income Fund Instl. CL (PIMIX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 22. WELLS FARGO BENEFICIARY IRA (H) | | | | | | | | | |
| 23. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 24. Calamos Invt Tr New Market Neutral Income Fund (CMNIX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | B | |
| 25. Invesco Dividend Income Fund Class Y (IAUYX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | A | |
| 26. Federated Strategic Value Dividend Fund Institutional Shares (SVAIX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | A | |
| 27. Goldman Sachs Global Income Fund Institutional (GSGLX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | | |
| 28. Pioneer Multi-Asset Ultrashort Income Fund Class Y (MYFRX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | A | |
| 29. Vanguard Intermediate-Term Bond Index Fund Admiral Shares (VBILX) | A | Dividend | | | Sold | 03/07/17 | J | A | |
| 30. Wells Fargo Diversified Capital Builder Fund - Class Inst. (EKBYX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | | |
| 31. John Hancock Funds Intl Growth Fund Class I (GOGIX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 32. Mainstay Convertible Fund Class I (MCNVX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 33. AB High Income Fund Advisor Class (AGDYX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 34. AB Large Cap Growth Fund Class A (APGAX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 36. Ivy Emerging Markets Equity Fund Class A (IPOAX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 37. PIMCO Income Fund Institutional Class (PIMIX) | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 38. NORTHWESTERN MUTUAL IRA (H) | | | | | | | | | |
| 39. Dreyfus Ins Deposit Program I (DIDI) | A | Interest | K | T | | | | | |
| 40. Russell Short Duration Bond Fund (RFBSX) | C | Dividend | M | T | | | | | |
| 41. Russell Strategic Bond Fund Class I (RFCTX) | C | Dividend | N | T | | | | | |
| 42. Russell Emerging Markets Fund CL S (REMSX) | A | Dividend | L | T | | | | | |
| 43. Russell Global Real Estate Securities Fund Class S (RRESX) | A | Dividend | K | T | Sold (part) | 09/18/17 | J | | |
| 44. Russell Int'l Developed Markets Fund Class S (RINTX) | B | Dividend | M | T | Buy (add'l) | 09/18/17 | J | | |
| 45. Russell US Small Cap Equity Fund Class S (RLESX) | A | Dividend | K | T | | | | | |
| 46. Russell US Core Equity Fund Class S (RLISX) | C | Dividend | N | T | Sold (part) | 09/19/17 | J | A | |
| 47. Russell Global InfraStructure Fund Class S (RGISX) | A | Dividend | K | T | | | | | |
| 48. Fidelity Advisor (FOCUS) Health Care (FHCIX) | A | Dividend | K | T | | | | | |
| 49. Prudential Jennison Utility Fund Class Z (PRUZX) | A | Dividend | J | T | | | | | |
| 50. Russell U.S. Mid Cap Equity Fund (RMCSX) | A | Dividend | K | T | | | | | |
| 51. Russell Global Opportunistic (RGCSX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 4/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Russell Investment Grade Bond Fund (RFASX) | C | Dividend | M | T | | | | | |
| 53. NORTHWESTERN MUTUAL ROTH IRA (H) | | | | | | | | | |
| 54. General Money Market Fund Cl B (GMMB-R) | A | Dividend | | | Distributed | 05/11/17 | J | | |
| 55. Calvert Short-Income Fund Class C (CDICX) | A | Dividend | | | Sold | 05/05/17 | J | | |
| 56. NORTHWESTERN MUTUAL IRA* (H) | | | | | | | | | |
| 57. Dreyfus Ins Deposit Program I (DIDI) | A | Interest | J | T | | | | | |
| 58. Fidelity Advisor (FOCUS) Health Care Fund Class I (FHCIX) | A | Dividend | J | T | | | | | |
| 59. Russell U.S. Mid Cap Equity Fund Class S (RMCSX) | A | Dividend | J | T | | | | | |
| 60. Russell Short Duration Bond Fund Class S (RFBSX) | A | Dividend | J | T | | | | | |
| 61. Russell Emerging Markets Fund Class S (REMSX) | A | Dividend | J | T | | | | | |
| 62. Russell Global Real Estate Securities Fund Class S (RRESX) | A | Dividend | J | T | | | | | |
| 63. Russell Global Opportunistic Credit Fund Class S (RGCSX) | A | Dividend | J | T | | | | | |
| 64. Russell Global Infrasturcture Fund Class S (RGISX) | A | Dividend | J | T | | | | | |
| 65. Russell Strategic Bond Fund Class S (RFCTX) | A | Dividend | J | T | | | | | |
| 66. Russell Int'l Developed Markets Fund Class S (RINTX) | A | Dividend | J | T | | | | | |
| 67. Russell U.S. Small Cap Equity Fund Class S (RLESX) | A | Dividend | J | T | | | | | |
| 68. Russell U.S. Core Equity Fund Class S (RLISX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 4/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Russell Investment Grade Bond Fund Class S (RFATX) | A | Dividend | J | T | | | | | |
| 70. NORTHWESTERN MUTUAL ROTH IRA* (H) | | | | | | | | | |
| 71. General Money Market Fund Cl B (GMMB-R) | A | Dividend | | | Distributed | 05/11/17 | J | | |
| 72. Calvert Short-Income Fund Class C (CDICX) | A | Dividend | | | Sold | 05/04/17 | J | | |
| 73. OTHER ACCOUNTS (H) | | | | | | | | | |
| 74. AXA EQUITABLE EQUI-VEST VARIABLE ANNUITY 403(b)* (H) | | | | | | | | | |
| 75. AXA Moderate-Plus Allocation | | None | K | T | | | | | |
| 76. EQ/Mid Cap Value PLUS | | None | K | T | | | | | |
| 77. AXA PTC Cust Rollover IRA FBO Merilee Corbit* (F) | | | | | | | | | |
| 78. iShares Tr/Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | | | | | |
| 79. iShares Inc/Core MSCI Emerging (IEMG) | A | Dividend | J | T | | | | | |
| 80. iShares Core S&P Mid Cap (IJH) | A | Dividend | J | T | | | | | |
| 81. iShares Russell 2000 Index (IWM) | A | Dividend | J | T | | | | | |
| 82. PowerShares QQQ Trust, Series 1 (QQQ) | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 83. SSGA Active ETF/Blackstone / GSO SR (SRLN) | A | Dividend | J | T | | | | | |
| 84. SPDR Barclays Capital High Yield ETF (JNK) | A | Dividend | J | T | | | | | |
| 85. SPDR DJ Wilshire Global Real Estate (RWO) | A | Dividend | | | Sold | 03/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 4/30/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Intermediate Term Corporate Bond (VCIT) | A | Dividend | J | T | Buy (add'l) | 11/01/17 | J | | |
| 87. Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | | | | | |
| 88. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | Sold (part) | 03/10/17 | J | C | |
| 89. iShares Russell 3000 Growth Index (IUSG) (X) | A | Dividend | J | T | | | | | |
| 90. iShares Russell 3000 Value Index (IUSV) (X) | A | Dividend | J | T | | | | | |
| 91. Global X MLP & Energy Infrastructure (MLPX) (X) | A | Dividend | J | T | | | | | |
| 92. WA State Teachers' Retirement System (TRS Plan 3)* | | None | L | T | | | | | |
| 93. Northwestern Mutual Whole Life Insurance Policy | B | Dividend | K | T | | | | | |
| 94. Northwestern Mutual Whole Life Insurance Policy* | A | Dividend | K | T | | | | | |
| 95. Bank of America Accounts | A | Interest | J | T | | | | | |
| 96. Comenity Capital Bank * | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 75 - 76: this designation may have been incorrect on the 2016 FDR. The specific funds that comprise the current AXA PTC Cust Rollover FBO Merilee Corbit are listed on lines 78-91. On the 2016 FDR, the value of the funds in the retirement accounts of Merilee Corbit were accurately listed; however some of those funds were liquidated to purchase other funds, and some of those transactions were inadvertently omitted from the 2016 FDR. Below are the 2016 transactions that were not reported in the 2016 FDR.

Ishares Tr/Core MSCI EAFE (IEFA)
10/31/16 Buy J
12/7/16 Buy (addl) J
Ishares Inc/Core MSCI Emerging (IEMG)
10/31/16 Buy J
12/7/16 Buy (addl) J
Ishares Core S&P Mid Cap (IJH)
10/31/16 Buy J
12/7/16 Buy (addl) J
Ishares Russell 2000 Index (IWM)
10/31/16 Buy J
12/7/16 Buy addl J
Powershares QQQ Trust, Series 1 (QQQ)
10/31/16 Buy J
12/7/16 Buy (addl) J
SSGA Active ETF/Blackstone / GSO SR (SRLN)
10/31/16 Buy J
12/7/16 Buy (addl) J
SPDR Barclays Capital High Yield Bnd (JNK)
10/31/16 Buy J
12/7/16 Buy (addl) J
SPDR DJ Wilshire Global Real Estate (RWO)
10/31/16 Buy J
12/7/16 Buy (addl) J
Vanguard Intermediate Term Corporate Bond (VCIT)
10/31/16 Buy J
12/7/16 Buy (addl) J
Vanguard Total Bond Market (BND)
10/31/16 Buy J
12/7/16 Buy (addl) J
Vanguard Total Stock Market (VTI)
10/31/16 Buy K
12/7/16 Buy (addl) J

Line 92: In 2016, the Washington State Retirement and Savings Plan was liquidated and on 12/6/2016, those funds (value $48,554.95) were invested in the AXA rollover IRA account detailed in lines 78-91.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Corbit**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544